# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-04-00682-CV

**Darrell Saunders and Melissa Saunders, Appellants**

**v.**

**Robert Brown and Rosemary Brown, Appellees**

### FROM THE DISTRICT COURT OF BELL COUNTY, 169TH JUDICIAL DISTRICT
### NO. 198,354-C, HONORABLE GORDON G. ADAMS, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

The parties have notified us that they have settled their dispute and no longer wish to pursue this appeal. Accordingly, we dismiss the appeal. *See* Tex. R. App. P. 42.1(a).

W. Kenneth Law, Chief Justice

Before Chief Justice Law, Justices B. A. Smith and Puryear

Dismissed

Filed: May 5, 2005